890

No. 88, October Term, 1965. In re Mackay, 384 U. S. 1003;

No. 584, October Term, 1965. California v. Stewart, 384 U. S. 436;

No. 762, October Term, 1965. Johnson et al. v. New Jersey, 384 U. S. 719;

No. 776, October Term, 1965. Schiffer v. United States, 384 U. S. 1003;

No. 959, October Term, 1965. Baines et al. v. City of Danville, 384 U. S. 890;

No. 1011, October Term, 1965. Wallace et al. v. Virginia, 384 U. S. 891;

No. 1118, October Term, 1965. Exquisite Form Brassiere, Inc. v. Federal Trade Commission, 384 U. S. 959;

No. 1169, October Term, 1965. Suburban Tile Center, Inc., et al. v. Rockford Building & Construction Trades Council, AFL–CIO, et al., 384 U. S. 960;

No. 1177, October Term, 1965. Double Eagle Lubricants, Inc. v. Texas, 384 U. S. 434;

No. 1179, October Term, 1965. Charles A. Wright, Inc. v. F. D. Rich Co., Inc., 384 U. S. 960;

No. 1184, October Term, 1965. Bennett v. Ford Motor Co., 384 U. S. 949; and

No. 1250, October Term, 1965. Grossman et vir v. Pearlman et al., 384 U. S. 987. Petitions for rehearing denied.

No. 1288, October Term, 1965. England et al. v. Louisiana State Board of Medical Examiners et al., 384 U. S. 885. Motion of Nebraska Chiropractic Physicians Association, Inc., for leave to file a brief, as amicus curiae, in support of appellants' petition granted. Petition for rehearing denied.